UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

CONTINENTAL INDEMNITY COMPANY,      :
                                           :

                    Plaintiff,       :

                                           :          20-CV-3479 (JMF)

        -v-                   :

                                           :             ORDER

BULSON MANAGEMENT, LLC et al.,       :

                                         :

                  Defendants.     :

                                         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 26, 2020, the Court issued an order scheduling default judgment briefing and a show cause hearing.  ECF No. 15.  In light of Plaintiff's letter-motion dated July 9, 2020, ECF No. 21, Plaintiff's deadline to file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), is EXTENDED to **August 10, 2020**.  Defendants shall file any opposition to the motion for default judgment no later than **August 17, 2020**.  The default judgment hearing is ADJOURNED to **August 27, 2020** at **4:00 p.m.**

In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that hearing as the initial pretrial conference with respect to any such appearing Defendant.  That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of May 5, 2020, including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference.

*See* ECF No. 8.

It is further ORDERED that Plaintiff serve Defendant Wang via overnight courier (1) with a copy of this Order and the Court's order of June 26 (ECF No. 15) within **one business day of the date of this Order**; and (2) with a copy of the motion for default judgment and all supporting papers within **one business day** of the date of any such motion.  In each case, **within two business days of service**, Plaintiff must file proof of such service on the docket.  Per the Court's order of July 6, 2020, ECF No. 20, the requirement to serve Bulson Management LLC with the Court's prior order and the forthcoming motion is waived.

SO ORDERED.

Dated: July 9, 2020
      New York, New York

                                JESSE M. FURMAN
                             United States District Judge