UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                                              :

CONTINENTAL INDEMNITY COMPANY,      :

                                Plaintiff,               :

                                                   :      20-CV-3479 (JMF)

            -v-                           :

                                                   :      <u>ORDER</u>

BULSON MANAGEMENT, LLC et al.,       :

                               Defendants.          :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 4, 2020, Plaintiff filed suit against Defendants Bulson Management, LLC ("Bulson") and Ri Xian Wang. *See* ECF No. 1. On May 7, 2020, Bulson was served with the summons and complaint. *See* ECF No. 10. On May 14, 2020, Plaintiff amended its complaint. *See* ECF No. 11. On May 15, 2020, Bulson was served with the summons and amended complaint. *See* ECF No. 14. In light of Bulson's failure to respond to the amended complaint, the Court set a briefing schedule for Plaintiff's motion for default judgment and ordered Bulson to appear at a hearing before the Court to show cause why an order should not be issued granting a default judgment against it. *See* ECF No. 15. The briefing deadlines and hearing were subsequently rescheduled. *See* ECF No. 22. Following the Court's order authorizing an alternative method of service, ECF No. 31, Plaintiff posted proof of service of the summons and amended complaint on Defendant Wang on July 28, 2020. *See* ECF No. 32. On July 31, 2020, Massachusetts Bay Insurance Company moved to intervene as a defendant. *See* ECF No. 33. On August 5, 2020, Industria Superstudio Overseas, Inc., Industria World LLC, Industria @ Sea, Inc., and Borgo Guglielmo, LLC moved for the same. *See* ECF No. 35. On August 11, 2020,

counsel for Defendant Wang filed a notice of appearance and the parties stipulated to an extension of his deadline to answer.  *See* ECF No. 43.

Upon reflection, and in light of the appearance of Defendant Wang's counsel and the pending motions to intervene, the Court concludes that it makes sense to sort these developments out and resolve the motions to intervene before conducting a hearing on the default judgment motion.  Accordingly, the hearing currently scheduled for August 27, 2020 is hereby ADJOURNED *sine die*.  The Court will reschedule the hearing after the pending motions to intervene are decided.

SO ORDERED.

Dated: August 11, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge