UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CONTINENTAL INDEMNITY COMPANY, :
:
Plaintiff, :
: 20-CV-3479 (JMF)
-v- :
: ORDER
:
BULSON MANAGEMENT, LLC et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The Court will hold a telephone conference on **November 23, 2021, at 1:00 p.m.** to discuss Defendant's Motion to Vacate the Court's Default Judgment, *see* ECF No. 64, and next steps in the case, including a briefing schedule, if necessary. The conference will be held in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

     SO ORDERED.

Dated: November 19, 2021
       New York, New York
                                                    JESSE M. FURMAN
                                            United States District Judge